BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

OCT 20 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

SEALED

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 1: 1 4 SW  0 0 2 1 7 GSA |
| CELLULAR TELEPHONES WITH CALL NUMBERS/MOBILE DIRECTORY NUMBER: | [PROPOSED] ORDER SEALING APPLICATION FOR AUTHORIZATION TO OBTAIN PRECISE CELLULAR PHONE LOCATION INFORMATION, AFFIDAVT, AND WARRANTS THEREON, AND APPLICATION, MEMORANDUM, DECLARATION AND ORDER TO SEAL APPLICATION |
| 415-702-5060 | |

The United States of America, having applied to this Court for an Order permitting it to file the

Application for Precise Cellular Phone Location Information, Affidavit, and Order and Warrants

thereon, together with its Application to Seal, Memorandum of Points and Authorities the accompanying

Declaration of Patrick Delahunty, and this Order, under seal, and good cause appearing therefor,

///
///
///
///
///
///

PROPOSED/ORDER TO SEAL

1

1    **IT IS HEREBY ORDERED** that the Application for Precise Cellular Phone Location

2  Information, Affidavit, and Order and Warrants thereon in the above-entitled proceeding, together with

3  the Application to Seal of the United States Attorney, the accompanying Declaration of Patrick

4  Delahunty, and this Order, shall be filed with the Court in camera, under seal and shall not be disclosed

5  pending further order of this court.

6

7

8

9  DATED: this *18* day of October 2014

10

11

12                                                    Hon. Gary S. Austin
                                                       U.S. Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28